

FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO PAVON-EUCEDA,

Defendant.

Case No.  25-MJ-2549

ORDER OF DETENTION

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I.

On May 16, 2025, Defendant Francisco Pavon-Euceda  - assisted by Spanish language interpreter Javier Villalobos - made his initial appearance on the criminal complaint filed in this case.  Deputy Federal Public Defender Rebecca Harris was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Rahul Hari. A detention hearing was held.


☐     On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒     On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

1  considered the reports and recommendations prepared by United States Probation
2  and Pretrial Services, dated April 14, 2025 and April 17, 2025, and the arguments
3  of counsel at the hearing.

### IV.

5  The Court bases its conclusions on the following:
6  As to risk of non-appearance:
7  ☒    unverified background information
8  ☒    unstable residence and unknown ties to community
9  ☒    No legal status in the United States
10 ☒    unknown bail resources
11 ☒    family ties to Mexico
12 ☒    substance use history
13 ☒    Defendant is alleged to have entered the United States without
14 permission after being deported in 2017.

16 As to danger to the community:
17 ☒    criminal history includes convictions for misdemeanor assault, failure
18 to give identification, possession of unlawful paraphernalia, and history of
19 extensive law enforcement contacts.
20 ☒    substance use history

### V.

24 The defendant will be committed to the custody of the Attorney General for
25 confinement in a corrections facility separate, to the extent practicable, from
26 persons awaiting or serving sentences or being held in custody pending appeal.
27 The defendant will be afforded reasonable opportunity for private consultation
28 with counsel. On order of a Court of the United States or on request of any

2

1  attorney for the Government, the person in charge of the corrections facility in

2  which defendant is confined will deliver the defendant to a United States Marshal

3  for the purpose of an appearance in connection with a court proceeding.

4  [18 U.S.C. § 3142(i)]

5

6  Dated: May 16, 2025 _____/s/_____

ALKA SAGAR

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3